Karthik Nadesan (10217)
Nadesan Beck P.C.
8 East Broadway, Suite 625
Salt Lake City, Utah 84111
Telephone: (801) 363-1140
Email: karthik@nadesanbeck.com

*Attorney for Defendant James E. Risinger II*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| SELECTHEALTH, INC.,<br><br>    Plaintiff,<br>v.<br><br>JAMES E. RISINGER II,<br><br>    Defendant. | **MOTION FOR WITHDRAWAL OF COUNSEL**<br><br>Case No. 2:13-cv-00773-TS<br><br>Judge Ted Stewart |

Pursuant to DUCivR 83-1.4, Karthik Nadesan and the law firm of Nadesan Beck P.C., counsel for Defendant James E. Risinger II ("Risinger"), hereby submits this Motion to withdraw as counsel for Risinger, whose lastknown contact information is:

James E. Risinger II
4 Randolph Place
Austin, Texas 78746
Tel: (512) 306-1916
Fax: (512) 306-1926
E-mail: ed@jerisinger.com

The reason for the withdrawal is that Risinger has decided to terminate Mr. Nadesan and Nadesan Beck P.C. as counsel and proceed *pro se*. This Motion is made with Risinger's consent, which is submitted with the Motion.

In the event this motion is granted, Risinger or new counsel for Risinger must file a notice of appearance within twenty-one (21) days after entry of the order, unless otherwise ordered by the

court. Pursuant to Utah DUCivR 83-1.3, no corporation, association, partnership, limited liability company or other artificial entity may appear pro se, but must be represented by an attorney who is admitted to practice in this court.

This case has been set for trial on October 19, 2015, and a certification from Risinger that he is prepared for trial as scheduled and is eligible to appear *pro se* at trial has been submitted with this Motion.

DATED this 14th day of July, 2014.

/s/ Karthik Nadesan
Karthik Nadesan
*Attorney for Defendant*

## CONSENT AND CERTIFICATION

I, James E. Risinger II hereby consent to the withdrawal of Mr. Nadesan and the law firm of Nadesan Beck P.C. as my counsel. I further certify that I am prepared to proceed with trial as scheduled and an elegible to appear *pro se* at trial pursuant to Utah DUCivR 83-1.3.

James E. Risinger II

**CERTIFICATE OF SERVICE**

I certify that on this 6th day of August, 2014, a true and correct copy of the foregoing was filed electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Marc T. Rasich
Michael E. Mangelson
David J. Pacheco
STOEL RIVES LLP
One Utah Center, Suite 1100
201 South Main Street
Salt Lake City, Utah 84111

I further certify that on this 14th day of July, 2014, a true and correct copy of the foregoing was emailed to the following:

James E. Risinger II
4 Randolph Place
Austin, Texas 78746
ed@jerisinger.com

By:    /s/ Karthik Nadesan