Karthik Nadesan (10217)
Nadesan Beck P.C.
8 East Broadway, Suite 625
Salt Lake City, Utah 84111
Telephone:   (801) 363-1140
Email: karthik@nadesanbeck.com

*Attorney for Defendant James E. Risinger II*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| SELECTHEALTH, INC.,<br><br>  Plaintiff,<br>v.<br><br>JAMES E. RISINGER II,<br><br>  Defendant. | **ORDER ON MOTION FOR WITHDRAWAL OF COUNSEL**<br><br>Case No. 2:13-cv-00773-TS<br><br>Judge Ted Stewart |

Pursuant to DUCivR 83-1.4, Karthik Nadesan and the law firm of Nadesan Beck P.C.'s ("Counsel") Motion for Withdrawal of Counsel, the Court ORDERS that Counsel may withdraw, and is hereby removed, as counsel for James E. Risinger II ("Client").

With regard to Client's continued representation, the Court ORDERS that Risinger or new counsel for Risinger must file a Notice of Appearance within twenty-one (21) days after the entry of this order, unless otherwise ordered by the Court.  Pursuant to Utah DUCivR 83-1.3, no corporation, association, partnership or other artificial entity may appear *pro se*, but must be represented by an attorney who is admitted to practice in this court.

A party who fails to file a Notice of Appearance as set forth above, may be subject to sanction pursuant to Federal Rule of Civil Procedure 16(f)(1), including but not limited to dismissal or default judgment.

With regard to scheduling, the Court orders that all litigation dates pursuant to the controlling scheduling order remain in effect.

## NOTICE TO PARTY

The Court will cause this Order to be sent to Client at the address set forth in the Motion for Withdrawal of Counsel and to all other parties.

DATED this 7th day of August, 2014.

BY THE COURT:

_____
U.S. District Court Judge